# EXHIBIT B

# bopNgrill



**Evanston**
1903 Church Street
Evanston, IL 60201
(847) 733-7102
M-Sat 11-9

**Chicago**
6604 N. Sheridan Road
Chicago, IL 60626
(773) 654-3224
Mon-Thurs 11-9
Fri 11-10
Sat 12-10   Sun 12-9