# EXHIBIT C



# bopNgrill

★★★★☆ | 131 reviews

Categories: Asian Fusion, Burgers

1903 Church St
(between Dodge Ave & Brown Ave)
Evanston, IL 60201

(847) 733-7102



   

**Hours:**
Mon-Fri 11 am - 9 pm
Sat 12 pm - 9 pm
**Good for Kids:** Yes
**Accepts Credit Cards:** Yes
**Parking:** Street
**Attire:** Casual
**Good for Groups:** Yes

**Price Range:** $
**Takes Reservations:** No
**Delivery:** No
**Take-out:** Yes
**Waiter Service:** No
**Outdoor Seating:** No
**Wi-Fi:** No
**Good For:** Lunch, Dinner

**Alcohol:** No
**Drive-Thru:** No
**Noise Level:** Average
**Ambience:** Dive-y, Casual
**Has TV:** No
**Caters:** No
**Wheelchair Accessible:** Yes

## 131 reviews for bopNgrill

### Review Highlights

 "Bop N Grill is very good at everything it does."
In 8 reviews

 "Loco Moco Burger - So delicious."
In 20 reviews

 "the bNg burger is absolutely amazing."
In 32 reviews

### 131 reviews in English



Jocelyn O.
Evanston, IL

 3/16/2012

BopNGrill is great. I know the owner, Will, through repeated lunchtime visits. It is located right next to the Evanston high school, and I ate there with a large group of people every Friday. It's definitely a hole-in-the-wall place - a few tables and chairs, stools by the window, that sort of thing. You don't go there for the decor. You go there for the food.

Everything is made to order, which is great, but it takes several minutes. If you know you're eating there, you can call ahead and place your order, and it'll most likely be ready when you get there. The best thing, in my opinion, is the Pizza Burger. It has those fried mozzarella sticks in it - SO delicious! My friends love the Father and the BnG burger as well. For around $8 you get a huge burger, fries, and a drink. I usually only eat half my burger because it's so filling, and save the other half for later. The pizza burger is good even when cold. Based on the menu, it goes without saying that this place is not for the light-of-heart or those sticking to a diet. This place is a greasy spoon. You don't order salads here. All the vegetables come with delicious angus burgers underneath them.

The place is small, the owner great. If he's there, Will talks to his returning customers and asks about their lives. He loves getting to know the people he cooks for. Best of all, he opened another BopNGrill a block away from Loyola University, almost exactly when I started going there.



Emily P.
Skokie, IL

★★★★  5/4/2012        2 Check-ins Here

Small, hole in the wall place with great, unique burgers.

I recommend getting a burger instead of the rice plates. All of their unique burgers are made with 100% certified angus beef and range from $6.50 to $12. You can add some very crispy delicious fries and drink for an extra $2. I've only tried the bavarian (pretzel bun, cheddar, bacon, grilled onions & mustard) and umami (tograshi mayo, sun-dried tomato confit, bacon, truffled duxelle & smoked gouda), but I can't wait to go back and try their other burgers too. Both were very tasty (though I thought the umami burger was slightly yummier).



Gio K.
Saint Louis, MO

★★★  3/30/2012      2 photos      1 Check-in Here

Bop N Grill has been on my Chicago foodie list for awhile. I finally got a chance to go when I was around Chicago. I don't know my way around Evanston, but I thought it would be located in downtown Evanston, surrounded by shops and nice restaurant. I must add that the location was a bit shady and parking was very limited. However, that wasn't going to stop me from trying the kimchi burger!

I went inside and the interior looked just as rough as it does on the outside with cinder block walls, crooked table, and plastic chairs (eh?). I can see how the location and interior "decor" might detract people but I didn't come to admire the ah-la-mood lighting. I am here to eat. There was a couple of things on the menu that made my eye brow raise a bit, in a good way. The kalbi eggroll... philly cheesesteak eggroll... umami burger? Wait a minute, I'm here for the kimchi burger! I came here with my boyfriend's family, so we all ordered something different on the menu. I ordered the kimchi burger which came with an egg on top and korean-style hot sauce called gochojang. The egg was a little overcooked for my liking but the burger tasted the way I imagine a kimchi burger taste. The kimchi was perfectly fermented and gave a nice kick to the burger. I got a chance to eat the umami burger which was also delicious. The combination of spices and flavors went well together. I love gouda and I love truffles. One thing I was a bit dissappointed was the kimchi fries which isn't worth trying. I wasn't into the nacho cheese melted all over the fries and it wouldn't be anything special without the kimchi, honestly. I wish we tried one of the interesting egg rolls instead.

Overall, I enjoyed my time at Bop N Grill. I would give it a 3.5 star if that's possible. I don't know if I'll ever crave to go here again in the near future, but I recommend giving this place a try.



Julio U.
Chicago, IL

*4/28/2012*

We saw the 4 1/2 stars and thought for sure that this would be great food. If I could give no stars I certainly would. This review has nothing to do with the nice person behind the counter, or the filthy nasty look of the place. It has only to do with the awful food. Should have gone with our gut instinct to walk out before ordering, but thought "hey, they've got over 4 stars, can't be all bad." we were so wrong!

Chicken was pounded to death and fried twice. Greasy, hard and gross. A1 sauce for dipping? Rice was bland, salad ridiculous, shrimp was fishy and gross. Fries were mediocre.

Maybe the burger would have been better, but I will never know. Couldn't be paid to return.



Maria W.
Chicago, IL

⭐⭐⭐⭐⭐ *4/20/2012*

Kimchi Burger: The bun, kimchi, meat, bacon, egg...it all juxtaposed deliciously!



Nancy H.
Chicago, IL

⭐⭐⭐⭐ *2/14/2012*

Get the burgers & fries! I ordered the tilapia katsu, and it was just average. The fry was extremely crunchy on it, and it was actually better the next day after being reheated in a toaster oven cuz it softened just a little. But the kimchi fries and the bng fries are the way to go here!! I think I prefer the kimchi fries over the bng because it had more flavor. I tried two burgers, and they were both flavorful too. I would come back just for the kimchi fries.

So what I don't get is that the food is too good for this restaurant. It seriously looks like a hotdog joint from the '80s in here. Pretty much no decorations except the hand written menus on the wall. There are only 2-3 tables and a few bar seats along the window. And it was freezing in here on a February day! It's directly across the street from Evanston High School, and street parking on the Saturday we came here around 1 PM was easy.



Mario F.
Rolling Meadows, IL

⭐⭐ *4/16/2012*

OK well let's start with the horrible service, no hello, how can I help you, NOTHING! Short girl with glasses was very rude and cold. Oh and to top it all off it was the dirtiest joint i have ever ate from and its not well maintained at all. So I read the menu and ordered a kimchi burger (substitute for pretzel bun and added BBQ) and fries. My pet peeve is when they remind you what is extra and how much it will be. I read the menu I GET IT! We were the only people in there and it took almost 20min. Really? Burger was small but just ok, very greasy even for me and the pretzel bun was stale and had a big hole on the bottom. Definitely does not stack up to the pictures on yelp. Fries were good and it's the only reason I gave it two stars. I may try the one in Rogers park but for sure We will not be coming back here.



Frank Y.
Evanston, IL

*4/14/2012*          1 Check-in Here

There are two burger spots worth traveling to in Evanston. The better known is Edzo's, but bopNgrill rivals any of the burger joints in Evanston or others in Chicago, especially if you like alternative burgers. Don't be fooled by the lack of seating. This is one of the best burgers in the Chicagoland area. I absolutely crave the kimchi burger. It is a gourmet burger with fried kimchi, cheese, and bacon. The kimchi fries are also awesome (and also have bacon and cheese!). The owner/chef, Will Song, is a trained chef and knows what he is doing.



Tiffany L.
Waukegan, IL

⭐⭐⭐   *2/6/2012*

This place is hole-in-the-wall at its best, meaning just a handful of tables, no bathroom, and gusty winds whenever the door opens. Everything is cooked to order here, which is fantastic, but also means you'll have to be patient for your food. Especially if you eat with someone who has an over-ordering disease.

I reaaaaally thought I was gonna love the kimchi burger, but the kimchi and slaw just overpowered everything. And my egg was overcooked. Sad face.

I was excited to try some of their crazy specialty eggrolls, but they didn't have ANY. On a SATURDAY. Double sad face.

On a happier note, those kimchi fries were pretty addicting. It doesn't hurt either that the owners mom makes all the kimchi... that warms my heart.



Pascal M.
Naperville, IL

⭐⭐⭐⭐⭐   *2/1/2012*

bopNgrill makes me feel like a ravenous dog, foaming at the mouth. As I'm outside, I bark and howl until I get what I want. While patrons eat I sit next to their table, eyes wide, hoping to get some scraps. Yeah folks, its like dat.

Came here with a trio of foodies. We loved it. Simple restaurant with a far from simple menu.

They change their burgers pretty often (i think). The menus got all sorts of guilty pleasures, many have a twist with Korean influence. He also provides a selection of Korean dishes like Beef Kalbi and a variety of Katsu's. A friend got their Korean mix/sample plate and everything looked and smelled great. She was nice enough to let me try some too. All very good!

We had the bopNgrill french fries and the Philly egg roll. Both were just what the doctor ordered, if he's prescribing

heart attacks. The umami burger and the loco moco burger were fantastic and messy. One of the cooks came out and chatted with us about food, music, and where we're from. Pretty cool to just chat with a guy over food he just made for us too. The owners a nice guy and he makes you feel appreciated the few seconds your with him at the counter (not as easy as it sounds).

bopNgrill is an awesome change up from even the best of burger establishments. They provide pleasurable food while fusing Asian influences on the majority of the menu. Just take a look at their walls to understand why so many people love this place and keep coming back. Their defiantly worth the drive to Evanston.



Hoanglong N
Chicago, IL

★★★★ | 2/6/2012

First off... the impression that the name of this place gave off does not match the actual experience, not a bad thing, but just threw me off a bit. it is DEFINITELY a hole-in-the-wall kind of place. looks like a dirty-dog kind of place, but in a store, which a touch of korean pizzazz to make bopNgrill its own.

I got the umami burger. and boy oh boy, it was a WHOLE LOTTA UMAMI. I was pleasantly surprised about the quality and flavor since my initial impression was totally different... but i guess it goes to say that the dirtier the place, the tastier it gets.

my friends got the sampler platter, it was far from sampling and more like a full sized meal, more than enough for a single person. so sample away!

beware, this place is not made for the light of stomachs... if you are on a health conscious diet, you had better leave it at the door, then enter nom-dom.



David L.
Waukegan, IL

★★★★ | 11/24/2011    2 Check-ins Here

Food: 5
Decor: 2
Service: 3

I came here with my gf for a late dinner about 20 min before they closed.

1. bng, 6
~Delicious, possibly the best burger I've ever had.

2. kimchi burger on pretzel bun, 7
~Mediocre. I'm not a huge fan of kimchi, and it was ridiculously greasy.

Listed in: Chicago Food



Helen S.
Evanston, IL

*11/23/2011*  1 Check-in Here

I came here about 20 minutes before they closed. I ordered the kimchi burger on a pretzel bun and my bf got the bNg burger to go. Mine was extremely, extremely greasy. Like greasy to the point where it soaked through both the paper wrapping and the paper bag, and I was blotting it off with a napkin. Like greasy to the point where I felt like I should take a shower after eating or something.

The flavors were good though but the pretzel bun was not the best in my opinion. My bf absolutely loved his burger -- he said it was the best burger he's ever had. I'm giving them 3 stars, but I would definitely like to come here again to try something different, and hopefully less oil drenched. Definitely can't come here regularly for the sake of my health though.



Plenty F.
Lombard, IL

⭐⭐⭐ | *12/12/2011*

3 stars.

If not for the personable service received during my visit, I would have rated it 2 stars.

I'll sum up my thoughts in two words... Super Greasy.

Another reviewer commented on the fact that there is NOTHING healthy on the menu. Um, Ditto!

I had the cheesesteak eggroll. When I die, it can be said that this eggroll shortened my life my at least a day with all the GREASE dripping from it. And, there was no cheese until my very last bite. PASS ON THIS ONE, YELPERS.

I did, however, find the polish acceptable. Just get it plain. If you add grilled onions, you will add a TON of, guess what, GREASE.

I'm a good 'ol fashion GRITS (Girl Raised in the South), and I have never had a meal so untasty, yet dripping with GREASE.

TIP: Call ahead to order.

The menu I found online was a couple of years old, cuz everything I wanted to order was no longer on the menu. Use the menu on their Facebook page.

I guess I'll go back and try the loco burger, just for $hits and giggles.



Kenny O.
Chicago, IL

9/20/2011     1 photo     2 Check-ins Here

I'm typically long-winded in most of my reviews (see for yourself), but I want to keep this short and to the point.

The Umami Burger is the best burger I've had in my life. I eat a LOT of food -- a lot of it being good, and sometimes very expensive food -- and this burger beats all others I've had.

End of story.

...and Grant Achatz (chef of the acclaimed Alinea) is a fan of this place.

That should be excellent enough testimony for you to try it.

Listed in: Evanston / Chicago



Tom M.
Chicago, IL

★★★★★ 9/14/2011

Awesome!

Yup, kind of a dive, more suited for hanging out after school than a special anniversary dinner, but don't let all those slacker high schoolers have all the fun --- this place rocks!

We had:

Pizza Burger - super cheesy, with cheese sticks (!!!!) and a big slab of mozzarella atop the savory burger patty.

Bavarian Burger - pretzel roll, perfectly browner onions, etc.

Bacon Cheese Fries - no explanation needed!!!

Perfectly cooked, perfect amount, great service, funky fun good time!



Angela C.
Evanston, IL

★★★★ 9/18/2011

This place is definitely a hole in the wall joint, but before you walk out that door, give their delicious Korean fusion food a try. I had an Umami burger, and it definitely lived up to its name with savory goodness in every bite. I also had a few bites of my friend's kimchi burger, and it tasted like a spicy burger with kimchi in it. Those few bites were enough for me, so I don't recommend the kimchi burger unless you like kimchi by itself (I'd say I'm indifferent to kimchi).

The fries were nothing interesting. The mac n cheese and Philly cheesesteak egg rolls are now done as daily specials, so you need to specifically ask for them if you want to order them.



Charlie B.

Chicago, IL

*10/5/2011*

Checked this out this last weekend. I had the kimchi burger and the kimchi fries. Both were delicious, and the toppings were great. The 4.99 price tag seemed a bit high for the amount of fries you got and the small amount of kimchi up on it.

Also, the patty inside the burger itself, while juicy, was pretty tiny and done well. It's all about the ingredients and toppings here, not the burger itself.

But, that being said, It was delicious and I want to come back to work through some of the other burgers on the menu and check out the traditional korean dishes.



Ali R.
Buffalo Grove, IL

   *11/1/2011*   1 Check-in Here

After fellow yelper, Jacob J's, enthusiastic recommendation, I finally made a stop at bobNgrill. We made the drive to Evanston expecting it to be found downtown but rather, the GPS sent us to another area. bobNgrill was easy to spot and we parked right outside.

My excitement grew and then dropped a little as I walked in to a not-so-clean, plain-looking, carryout style dive. I wasn't detoured though because I knew it must be the food to earn bobNgrill 4 1/2 stars overall.

We ordered the "must" Philly Cheese Steak Egg Rolls and they were divine. The amount of oil that poured out was scary but easily ignored from the deliciousness. My husband ordered the Spam and Eggs simply because any time he could have spam, he will. The eggs were fried perfectly and the spam was fried very well but I would prefer a bit crispier. The platter also came with kimchi and a cabbage slaw with thousand island dressing. I ordered the bNg burger after a couple great suggestions from the down-to-earth hostess. The burger's size was intimating and was served on a bed of fries that I ordered as well. The fries are nothing special - plain and without a sprinkle of salt. I had to decrease my stars a bit for this reason. I know I could have added something to it but I love simple crispy fries and had hoped for something a bit more.

The bNg burger was outstanding. The burger meat was juicy and medium well done. The ingredients were freshly prepared and while messy, one of the best burger's I've had.

The food is great here although you are at risk for having chest pain afterwards. I give it a solid four stars.

Decor and Cleanliness - 2 stars
Food - 4.5 stars
Service - 4 stars



Rachael K.
Evanston, IL

*9/7/2011*

TL;DR: So. Damn. Good. Maybe not the best place to sit and hang out, but the food is mind blowing as far as creative diner food goes.

bopNgrill is a hole int he wall diner type place serving an interesting combination of what amounts to american and asian fast food mashed together. If you can imagine what asian inspired junk food is, this is basically it. And dear lord am I glad it exists. I am just returning from my first bopNgrill experience and the only reason it loses a star is because the small space it is in had a few too many flies for my taste - not like an infestation, it just happened to be a nice day and they opened the door. But, they may want to consider adding a screen door cause we were waving our hands around like crazy.

The food, however, was fantastic. I had the loco moco burger, which was topped with korean style short ribs, a fried egg, bacon, cheese, mayo, and... I think that's it? At any rate, it was divine. Everything was cooked perfectly, it was nice and gooey from the short rib gravy and the bun was thick and crispy enough to hold up to all the toppings. It was extremely messy and yes, greasy, as you might expect. I should say now, if you don't want some seriously bad for you food, you need not visit bopNgrill. Not a healthy thing on the menu, unless you count kimchi, which is served with all manner of fried things.

The fries that came with it are frozen, and nothing special. I'm a fry lover so I ate them anyway. And for dessert I had a brownie egg roll, which is exactly what it sounds like. It was a little on the overly rich side for me, but that's not surprising since I'm not big on sweets as a general rule. I can't wait to go back to try to Kimchi fries, since I think the toppings will make up for the unremarkable nature of the base.

The interior of the place is basic hole in the wall fare: cinder block walls in harsh colors (red/black/white in this case), plastic chairs, wobbly tables. The menu is on one of those old style boards as well as on plain printed computer paper. All of this adds to the charm for me rather than detracting from it, but it's definitely not a place you want to spend a lot of time hanging around in, though me and my friends did anyway.

In short, if you want some artery clogging deliciousness that's a bit different from the standard burger joint, you should try bopNgrill. The food is great, the staff is friendly and seems to really enjoy working there, and it's pretty darn cheap for the quality. Maybe it's a little out of the way and maybe parking is not the greatest as indicated by other reviewers (though I found a spot right out front with no problem - maybe we got lucky). What do you expect with a hole in the wall joint? It's about the food, not the frills.



Bernice Y.
St Charles, IL

⭐⭐⭐⭐⭐ *9/18/2011*

It's been less than 24 hours since I had bopNgrill and I'm still thinking about my burger and kimchi fries. Mental visual: I'm like Homer Simpson, mouth slightly open and instead of a donut in a thought bubble, I have a Loco Moco (short rib demi, grilled oninons bacon, chedddar, fried egg and mayo) burger!

Oh man, I scarfed down my burger as if hamburgler was eying it. It was that awesome!

I only have a couple minor complaints: Not a big fan of the techno/dance music it had on and there were a few fruit flies flying around the place. But overall, bNG, that little hole in a wall, had good service, super friendly patrons, and DELICIOUS food. Well, worth an hour trip.... yeah, believe that!

Listed in: "I'll be back", Burger Coma



sarah a.
Evanston, IL

*8/22/2011*    2 photos

They were out of so many things...I didn't get to try the umami burger, eggrolls or any desserts.

What I had were the kimchi burger and the angus loco moco. Tasty. The loco moco was better in my opinion - more flavorful than the kimchi burger. Their homemade gravy really is amazing.

The service was great and friendly. She apologized for the limited selection, but it seems that it will continue to be limited while they are opening up the other location by Loyola.



Adj F.
Evanston, IL

★★★★★ *11/5/2011*

After reading so many reviews and the mouth watering pictures online, i decided to check it out. I ordered loco moco which is one of the favs, and I must say, WOW, (copy & paste what adam richmond would say in every single one of his shows ...)

I will definitely be back and try more items on the menu --- eventually take on the "triple bypass" -- 2 patties, 2 onioin rings, 2 mozz sticks, grilled onions, bacon, fried egg, bbq sauce and mayo. if i die of an heart attack, it's a happy death.

Cons (not reflected in the rating since i think it's fair to rate their food): not in the nice part of evanston, parking is a pain



George O.
South Bend, IN

★★★ *7/11/2011*

Came here for lunch.  It was pretty tasty.
-1 Off the bat for a bunch of minor problems.  Doesn't have a bathroom.  Soda wasn't quite cold enough to be refreshing.
After that, it was pretty good.  I got the (Loco?) burger - was quite tasty.  It was pretty manageably sized, and super rich to boot.  The egg on top was well cooked, and the yolk was cooked enough so that it didn't immediately dribble out the sides, but not so much that it was solid..
We also got kimchi fries, and while the kimchi was juuuuust the right flavor and funky, the fries could've been cooked more and there was way a lot of cheese sauce.
I'll have to give it another shot though.  It's totally promising.



Jacob J.

Chicago, IL

7/16/2011    6 Check-ins Here

Solid fusion burgers. Yes, they do the traditional stuff, with the bacon, egg, cheese, etc. But then they also do the wild, like a stack of onion rings, two or three patties, jalapenos and Kim chi! YES!! Kim chi and gochujang (like a Korean chili sauce or hot pepper paste). You can also opt for the Porker, with a few sausages that are butterflied. The loco moco with two patties and brown gravy and even more. It's excellent shit.

Your custom burger takes some time for prep and comes served on a bed of fries. B & G also serves up some Korean / Japanese favs like kalbi, bulkogi, shrimp katsu, spam and eggs and then the usual char favorites of plain burgers, dogs, gyros and more. With fusion places that deal with Korean plus something else, I often tend not to like anything. Because with most of these joints they throw gochujang on something American and call it fusion, like this one chicken place that I'll leave nameless since they closed last year. B n G's flavors on their grilled items are non existent for me, it is terribly bland and needing more marinade. IMO.

If you plan to go, I'll hook you up with the must details:

Bring a friend because sharing is the best way to sample them. If its cold season bring a warm jacket, buildings on this side of town are older and haven't got the best system of retaining heat. It can be cold inside. An order of Philly cheese steak egg rolls is a must on your first tour. After a few more visits, don't be shy and try different combinations of your own. Pretzel buns are great, but it's too much bread and hinders my taste buds from enjoying the flavorful combinations happening with each chew. It's good stuff and should be enjoyed. So bookmark it now and get over there as soon as possible.

It's not an upscale burger joint, more of a dive. So dress casual and enjoy yourself.

On my most recent visit I had them take a kim chi burger and add SPAM to it. Ta'dow! It may become a v2.0 of some kind.. wait and see! I think the SPAM needs a marinade of its own kinda like the stuff on sam kyub sal kim chi bokkum. Yum!



Dee W.
Evanston, IL

★★★★★ 6/1/2011

My second time here and it is still amazing. They have such a huge selection of burgers but also include bop platters and other things such as katsu and spam and egg with rice.

We got the kimchi fries - a delicious mix of bacon, kimchi, cheese topped with sesame seeds with fries drowning in it.

My husband had the bNg burger which had grilled onions, tomato, lettuc, jalapeno, bacon, cheese and a fried egg and of course, the thick patty with a pretzel bun. I opted for the unami burger which had truffled duxelle, smoked bacon, roasted tomato's, smoked gouda, and spicy mayo. SO delicious. We devoured the whole thing and now, I'm just sitting in my office with major food coma delirious with happy food thoughts.

bridget v.



Morton Grove, IL

*7/20/2011*

I absolutely LOVE this place- I usually get the Short Ribs rice plate and my boyfriend gets a burger. I LOVE Korean food, but my boyfriend... not so much. So this is a perfect place where we can both get what we want. I really want to try their burgers because they all sound so good, so next time I will get one haha. The Ribs are very good, the rice is okay but really good when mixed with the salad and dressing that's on it.

Ohh and don't forget about the egg rolls! I love the cheese steak egg roll and the fudge brownie one is the perfect way to end the meal. The Mac N Cheese egg rolls is delicious as well. Oh, and the most talented chef in the world, head chef/own at Alinea and Next, Grant Achatz LOVES this place.

Anyways, you all need to try it- the service is fun and friendly and I love the hole-in-the-wall atmosphere. The music is always good as well, with a wide variety of music. You could be listening to R. Kelly one minute and Fall Out Boy the next. That is all.



Eric V.
Chicago, IL

★★★ | *12/15/2011*    1 photo

Strolled in one Sunday afternoon and had two things on my brain: an Umami Burger and some Egg Rolls. Only problem was they were out of two things: Umami Burgers and Egg Rolls. I ended up getting the loco moco burger. Between the pretzel bun, the gravy, and the bacon it was all a bit too salty/savory, but still a decent burger. If I'm in the area again I'd give em another shot.



Len L.
Chicago, IL

★★★ | *5/4/2011*

I heard so many good reviews from other yelper's about this place that I had to try it out for myself. I though this place was located in downtown Evanston, I was wrong and don't attempt to walk there from downtown Evanston it is far.... trust me.

Once inside, there were too many menu items everywhere, on the wall to your left has pictures of the food you may want to try (with no prices), menu in front has prices but no pictures, basically a menu overload. After studying the menus from all sides, we decided on the BBQ chicken and tilapia dinner with a side of kimchi fries.

The seating arrangement is limited but clean from the surface. It was raining that day and I had my pick of seats. The dinners came in a Styrofoam box with a small salad soaked in dressing, the chicken was grilled to perfection but laying on a soggy bed of fries same with the tilapia. Our meals don't resemble the pictures on the wall - Very misleading.

The great thing is there is plenty of free parking and the bad is the food. Not good enough for a repeat performance.



Steve S.
Chicago, IL

★★ | 9/4/2011

My experience at BopnGrill was eh. Not something to tell your friends about. The Asian -American fusion was a good concept but it is more towards the American side.

The location of this restaurant is pretty bad. There is enough parking space for 3 cars max.

Time to get to the taste... I ordered the Kimchi burger and was expecting something amazing from all these positive reviews but I was kind of disappointing. The kimchi taste was not even there. I looked into the burger and there was about 5 very thin sliced kimchi that had no flavor in them because of all the grease that it got drenched in during the cooking process. The bedding of cabbage on the bottom of the angus burger also had no flavor. The reason for my two stars is because the angus itself was sort of juicy but I could get a burger at any joint and that does it better. I wanted something different but they did not deliver. Maybe it was because I went late but I am in no rush to go back.



Monique C.
Skokie, IL

★★★★★ | 6/6/2011    2 photos    1 Check-in Here

I absolutely LOVE this place! At first I was hesitant to try it because it's in a hole in the wall location (and parking kind-of sucks), but I'm so glad I did!

Their philly cheese steak eggrolls are bomb and their burgers are oh so delicious! If I could eat burgers all the time, this would definitely be one of the few places I would eat at. Definitely try the kimchi burger (it is my favorite!).

Prices are pretty reasonable and cheaper than some other burger places I've been to (about $6-$8 for a burger). Service has always been great; the owner and workers have always been pleasant everytime I've gone, so another plus!

The only thing that makes me sad, is the fact that they used to serve waffle-cut fries. Lately, everytime I've gone, they've just been the regular fries! AHH! That definitely broke my heart!



Ehow C.
Chicago, IL

★★★★ | Updated - 5/27/2011    1 photo    3 Check-ins Here

Okay, definitely get a burger if you come here. The fancy eggrolls and rice plates are forgettable, just get a burger.

I had the honor of eating the umami burger, which was damn fantastic. Tons of flavor and spice, neatly crafted into a nice presentation. I wish their fries were as good, but alas, they're average. At least they make a good vessel for drippings that come out the burger.

If the location was better and more seating was available, I'd be here often. Also, I wish they would get a recycling bin for their soda cans and plastic water bottles.

*1 Previous Review: Show all »*

7/10/2010

From all the reviews, my friend and I were expecting slightly above fast food-level of cuisine. We... Read more »

★★★★



MTML D.
Skokie, IL

★★★★ | 7/13/2011

The kids had been begging me to try this place so we finally did. IT IS GOOOD. I had the FATHER, my wife had the UNAMI, and the kids had regular burgers. We all loved it. I think this is a unique place with a flare for doing something different with their burgers. Keep doing what you are doing and I think you guys will be around for a long time.

I thought it was a little pricey but I still liked it. Overall I will definitely be back. FO SURE WILL MAKE MY WAY THROUGH THE BURGERS. Hopefully I don't have a heart attack before.



Katie T.
Chicago, IL

★★★★★ 5/21/2011     3 photos     1 Check-in Here

Amazing. Their burgers are giant, delicious and creative. Tons of awesome options to choose from. I wanted the Umami burger but they were out ... Truffled Duxelle, bacon, Gruyere, special mayo, other magical things. I will eat you next time!!!

The BF and I both got the bNg burger - perfect juicy patty with grilled onion, tomato, lettuce, jalapeno, bacon, cheese, fried egg on a pretzel roll bun. Oh my god. On top of fries that were really very good because they were actually well salted! Super unhealthy, super amazing.

Little place with scant seating in a random part of Evanston but that won't stop me from coming back!! Super nice staff, you can tell they love their burgers and love everyone's reaction to how awesome, tasty, huge and magnificent they are. Come here with an appetite!



James K.
Evanston, IL

★★★ | 9/22/2011

First thing that's important to know - this is a dive burger joint, much more than it is Asian Fusion. Sure, in theory they have some Asian influences, and you can get anything served on a plate with rice. The overwhelming vibe and most

of the menu is burgers and fries. I had the pizza burger which was defintely not a low-calorie option, but very tasty. The place is very small, with not many places to sit.



Meinard C.
Milwaukee, WI

★★★★ *4/15/2011*

If you asked me a month earlier if I would've liked to relive high school again, I would have given you a stern "No" and a perhaps firm slap to the face from my baby powdered left hand. If you ask me that question now, I would reply "maybe" and gave the condition that I attend ETHS. Why this ludicrous setup? Because it would allow me to eat at Bop 'n Grill on a daily basis.

My sister took my dad and I out to have lunch at this place. I ordered the bNg burger while they ordered a couple of loco mocos. I knew this was a quality establishment when they used WAFFLE FRIES. My sister also ordered some Philly Cheesesteak Eggrolls that would have made the trip worth it by itself. I'd have to say, it was one of the most delicious burgers I've ever had in my life. I'd have to come back and try out the rest of their menu.



Gary C.
Chicago, IL

★★★★★ *2/18/2011*    6 photos    3 Check-ins Here

I kid you not, I am sitting in awe not five minutes after I finished eating one of the most pleasant meals I've had in a while...Oh and it was super cheap, too.

Well, let's begin with an article that was written by a Chicago Tribune writer earlier this month [February 2011]. It's humorous, and I don't think it meant to be funny. It draws a nice picture of what's on the menu: delicious burgers, meat & rice plates, and the local high school favorites, gyros and deep-fried pizza puffs.

If you didn't catch the article, go here [then to bopNgrill]: http://articles.chicag...

Enough of the sugarcoating, let's get down to the dirty: the food.

Twas my first time at bNg so I ordered the domestic creation, the bNg burger. In addition, I ordered the Philly Cheesesteak egg roll, and cheesy WAFFLE fries [I also ordered a shrimp katsu for the gf].

Now the bopNgrill burger has a fried egg, bacon, cheddar cheese, jalapenos, grilled onions, lettuce, tomato, and a secret sauce. That first ingredient, the fried egg, I usually hate. But for some odd reason, tonight I said "wtheck." I'm not sure how to describe this burger besides saying it was delicious and awesome. Yeah. That does justice.

Now, I think I know a thing or two about egg rolls; I'm a Chinaman. Yep, I come from the land of egg rolls...and I hate em. Well, hated them until I had this Philly Cheesesteak egg roll. D-LISH-US.

While it's not located* in the most affluent E-town neighborhood, bopNgrill makes up for it's looks and location with a fantastic selection of food created by former Sunda sous chef Will. Definitely worth at least one [dozen] visit[s].

*Rumor has it they're moving sometime this year...a place that's further away from chicken fingers and pizza puffs.

bopNgrill - Evanston, IL                                                                      Page 16 of 19

Listed in: Meat me on the patty, oh!



Brian K.
Hoffman Estates, IL

★★★☆☆    4/20/2011    1 Check-in Here

FAMOUS FOR (My ratings in parens)
- Loco Moco Burger (5/10)
- Kimchi Burger (8/10)

I TRIED
- Kimchi Fries (5/10)

Sigh...Evanston...SO far!!
Well, a friend of mine has been raving about this place. Just about every other sentence from this guy asks about this.

Him: OMG did you see Jay Cutler's toughness?
Me: Yeah! I don't see what everyone's complaining about!
Him: Yeah, have you tried BopNGrill?
Me: Um..?

So, we finally come to this place, and I'm looking at their menu of burgers on the wall with high quality pictures. Now, I'm all confused! So many to choose from, but they all sorta sound the same, one different ingredient here, one there, etc. Well, anyway, both of my friends got the Kimchi burger, and I got the Loco Moco, all with the $1 optional pretzel bun.

KIMCHI BURGER
I have to give the creator of this burger maaad props! I would have never thought of a kimchi burger! But that's not the only reason I give mad props, I give him mad props because he knows how to pick his kimchi! It's just that perfect level of fermentation (I hate explaining it that way). It's really pretty good too. There's only one problem with it, but I can only explain it as a Korean....

(Korean Explanation)
The kimchi is like PERFECT for kimchi bokkumbop. Ya know what i mean? It's that perfect level of "egutsuh" where you can either use it for that, or maybe in a couple days use it for absolutely perfect kimchi jiggae! OMG! That and hot rice?! Are you kidding me?!

My fellow Koreans, the only thing that was bad about this burger, is that with every bite of kimchi and burger beef, all I could think about was "What if this kimchi was used in pokkumbop or kimchi jiggae?" So even though the burger was pretty good, I kept craving those instead and wanted to replace the burger with them, get my drift?
(/Korean Explanation)

LOCO MOCO BURGER
I split half of mine with a friend, and honestly, this burger was just ok. I liked it a little better than, say, a Red Robin burger, only because the whole thing had that "working man's food" feel to it, which I appreciated. It was a little on the salty side for me, but everyone's a little different in that area.

KIMCHI FRIES
Without going into Korean mode again, I'll just say that I kept picking off the kimchi and left the fries. It's just a regular bed of french fries with cheddar cheese on top and kimchi pieces scattered around.

I'm so rarely in the Evanston area, but if I am and am actually going to go get something to eat with some friends, I think there might be a chance I'd come back, for the kimchi. Otherwise, I wouldn't complain if a group of friends were coming here, but it wouldn't be my first choice in Evanston. Having said that, if I were going to Evanston Township High School right across the street, I'd come here a LOT! I didn't try any of their other food, but on top of their burgers, they also have a whole list of "City Food" items on their menu (i.e. gyros, hot dogs, italian beef, etc). Those types of joints are my favorite, so if I was a resident, I'd probably come here a lot (assuming they're good).



Stephanie C.
Irvine, CA

★★★★ | 6/22/2011

My asianZ and I have frequented this place many a' time over the past year or so. Here's the verdict:

Location: not so good, you gotta drive there, but I hear they are moving soon. Loyola? Not sure if that's better. Free parking, though = a plus.

Service: very friendly, esp. the owner =)

Atmosphere: hole in wall feel - in a good way.

Burger quality: always good

Burger uniqueness: Kimchi and Umami are my faves. They used to have this seafood one too, where they put the shrimp in it too. Yum. Both the Kimchi and Umami burger have well-seasoned patties. If you love Kimchi, then you inevitably will love the kimchi burger, also complete with an egg and some gochujang. The Umami burger had truffle deliciousness, gouda cheese, and grilled onions. I like i like! I've never had it with the pretzel roll bun because it never appealed to me, but you can get that if you want for $1.

Sides: Mac n cheese egg rolls were bomb. Philly cheese steak egg rolls were also good but major heart attack. Fries are just average. Kimchi fries were fine but could go with less cheesiness. BnG fries with jalepenos and bacon were aiight, too. Nothing that blew my mind away, though.

Price: Reasonable. Most burgers are around $8, make it a combo with fries and pop for $2 more.

Cons: No bathroom. Limited seating, but it's usually not terribly busy. Location - a little far for downtown Evanstonians.

Final words: Please go try it! Just a slightly different twist on an already good quality burger!



Ashis R.
Chicago, IL

★★★★★ 2/14/2011

Bop N Grill is very good at everything it does. It's a little hole in the wall across from Evanston High School but damn good. I've had the burgers which are on par with some of the best in the Chicagoland. They didn't ask how I wanted my meat and I would've preferred it a little more rarer than it was but alas that was the only thing wrong with it. There

are also a variety of toppings and such that you can put on them. All I can say is that it was very good.

The Korean (at least I think Korean) short ribs were also delicious. You have to get the sampler which has also comes with bbq chicken and some fried shrimp. All fantastic and all pretty cheap. I've yet to have their specialty eggrolls but will do so next time I go here. This is a hidden gem on the north shore.

1 to 40 of 131 (27 Filtered) | Page: **1** 2 3 4

## Best of Yelp: Evanston - Asian Fusion

See More



Soulwich



SIAM - Paragon Asian...



527 Cafe



Zoba Noodle Bar



Flat Top Stir-Fry Grill



Map data ©2012 Google

### Deals Nearby



$5 for $10 Certificate
The Big Tomato
Wilmette, IL



$7 for $11 Certificate
Blue Nile Restaurant
Chicago, IL

### People Who Viewed This Also Viewed...



Bop N Grill
77 reviews
"I also tried the loco moco and the pork burger."



Old Neighborhood Grill
24 reviews
"Their sweet potato fries were also little slices of heaven."



**Edzo's Burger Shop**
257 reviews
"and truffle fries -- you never disappoint."



**Campagnola**
79 reviews
"...for a date- with exposed brick walls, wooden tables and..."



**Al's Deli**
101 reviews
"The butter cookies are mouth watering."

**People Viewed This After Searching For...**

Burgers Evanston

Cheap Dinner Evanston

Chinese Food Evanston

Chicago: Excellent Fusion Burgers at bopNgrill | Serious Eats: Chicago
Case: 1:12-cv-03724 Document #: 1-4 Filed: 05/15/12 Page 21 of 32 PageID #:38
Page 1 of 5

## Serious Eats: Chicago

# Chicago: Excellent Fusion Burgers at bopNgrill

Posted by Daniel Zemans, August 25, 2011






[Photographs: Daniel Zemans]

## bopNgrill

1903 Church Street, Evanston IL 60201 (map); 847-733-7102; bopngrill.com
Cooking Method: Griddled
Short Order: Quality griddled burgers feature the great combination of freshly ground beef and innovative toppings
Want Fries With That? The fries come from frozen and are largely flavorless, but thanks to some outstanding toppings, they're addictive
Price: Kimchi Burger, $6; Loco Moco, $6; Kimchi Fries, $4.50; bNg Fries, $4

I'm not sure what it is about Evanston, but burger fans in that Chicago suburb live a pretty sweet life. There are about 75,000 permanent residents and a bunch of Northwestern students, so it's far from a small town. But the place was doing quite well with two truly top notch burger joints in Wiener and Still Champion and Edzo's when bopNgrill opened last year.

William Song trained at Le Cordon Blue and worked at some higher end restaurants before striking out on his own. The first space he eyed was in downtown Evanston, but by the time he was ready to pull the trigger, Edzo's had signed a lease. Song then turned his sights away from downtown and opened shop is a less desirable part of town just across the street from Evanston Township High School. After a slow first few months, bopNgrill has established itself among the top tier of burgerias in the Chicago area.



Like each of the eight specialty burgers at bopNgrill, the Loco Moco (named after the Hawaiian dish) starts with a quarter-pound ball of freshly ground beef that is pressed down onto the hot griddle. As the burger finishes cooking, it's doused in a short rib demi-glace before being put on the bun along with bacon, cheddar, grilled onions, and a fried egg.



The burgers are cooked to medium well and the thin patty definitely benefits from the extra shot of juicy beef the demi-glace provides. The bacon, cheese, and onions were all standard fare and went well with the burger. Normally, a fried egg works wonders on a simple burger like this, but for some reason the yolk bath proved to be just a little overwhelming. It ended up being the worst thing I had at bopNgrill, although still a very, very good casual burger.



The Kimchi Burger, on the other hand, was the best thing I tried. The burger features kimchi that Song's mother still makes at home and buries in her backyard until it's sufficiently fermented. The kimchi is balanced out by a mess of shredded regular cabbage, along with fried egg and bacon. The whole concoction is amped up with gochujang aioli, which comes across as a peppery version of a really good Thousand Island dressing.



Case: 1:12-cv-03724 Document #: 1-4 Filed: 05/15/12 Page 24 of 32 PageID #:41

The Kimchi Burger is a stellar combination of flavors and personifies much of the Korean burger joint theme that makes up most of the menu (there's also a Hawaiian-influenced plate lunch section I have yet to experience). Even though this burger didn't get the demi-glace bath, the beef shined through better than in the Loco Moco, likely because the yolk was cooked a bit more on the egg. The bun, a soft roll not nearly as dense as it might appear, held up fine on both burgers.



bopNgrill is a spartan shop with a tiny kitchen. When the place first opened and things were slow, there was time for fresh cut potatoes. As things got busier, Song switched to frozen spuds and he says customers haven't complained much. After eating the kimchi fries, I understand why. Frozen fries are the bane of my burger eating, but I couldn't stop forcing these things down my gullet. Topped with more of mom's kimchi, chopped-up bacon, and a big pour of melted cheese product, these things make for a pungent, salty, fatty, meaty pile of awesome.



Case: 1:12-cv-03724 Document #: 1-4 Filed: 05/15/12 Page 25 of 32 PageID #:42

Almost as successful are the bNg fries topped with a pile of jalapeÃ±o and grilled onions, along with bacon, Parmesan, and a generous dollop of goopy cheese. The jalapeÃ±os were a bit toned down, which was probably a good thing given the quantity of the peppers, but meant that I didn't get quite the hot punch I was expecting. Once I readjusted my Scoville expectations, I dove into these fries almost as enthusiastically as I did the kimchi fries. If bopNgrill returns to using fresh potatoes, both concoctions will rank among the area's best.



While Edzo's and Wiener and Still Champion are, so far, content to stick to Evanston, bopNgrill, the youngest of the bunch, is proving itself to be more ambitious. A few weeks ago, Song opened up a second, significantly bigger location on the far north side of the city in Rogers Park. Thanks to a bigger kitchen in the new spot, Song has plans to expand his menu and possibly get his mother more involved with new Korean offerings and some catering. I just hope he leaves a little room for someone to come in and hand cut some potatoes.

Love hamburgers? Then you'll Like AHT on Facebook! And go follow us on Twitter while you're at it!

Printed from http://chicago.seriouseats.com 2011/08/bopngrill-loco-moco-kimchi-burger-review-evanston-chicago-il.html
Â© Serious Eats

# BopNGrill

*1903 Church St.*
*Evanston, IL*
*(847) 733-7102*

**Tags:** Delivery, American, Korean, Hamburgers, Online Ordering, and Dinner

Nothing yet.

**Do you own BopNGrill? Contact us to connect with your diners.**

## Reviews for BopNGrill

## Best Dishes at BopNGrill

Thinking about visiting BopNGrill? Check out the full BopNGrill menu to decide if the menu items & prices meet your expectations. When available, we'll provide pictures, dish ratings, and descriptions of each item. BopNGrill prices and menu items may fluctuate by location or over time, so use the following menu information as a reasonable guideline as to what is currently being served at the restaurant.

No menu items or dish reviews have been added for this restaurant.
Be the first food lover to add a dish.

Menuism intends to provide as accurate information as possible. BopNGrill prices and menu items are known to fluctuate. The information above has been provided by Menuism users or 3rd party data sources. If you represent BopNGrill you are invited to feed us with more accurate information by contacting us.

- 
- 
- 
-

57° ☁

Search
our cities:

- Los Angeles



The New Nhu Lan
featured



NATO News Roundup: Protesters Seek Hosts, Don't Wear A Suit



Emanuel's Pension Reform: Raise Retirement Age, Freeze Cost-Of-Living Adjustments



# Burgers Reinvented With A Korean Kick At bopNgrill



Soft Shell Crab Sandwich(*Minna An, Chicagoist*)



<u>Korean food</u> in Chicago continues to go through a <u>modern reinvention</u> with the expansion of Evanston's casual Korean-American bopNgrill to the newly opened Rogers Park location. Korean staple kimchi gets paired with burgers and buns for a reinvention of classic diner food.

North in Chicago near the Loyola campus, the new bopNgrill location promises a large selection of "bop"s, but draws in a crowd for their grilled goods. The bop selection is an updated version of the classic Korean dish, bi-bim-bop, a mixed rice dish made with a variety of vegetables and topped with an egg, sunny side up.

The highlight of the menu is the wide selection of Koreanized burgers. The soft shell crab burger is deep fried, combining a flaky bite of seafood decadence with a hearty sprinkling of crunchy cabbage, topped with a sweet and slightly spicy sauce to complete the burger. Other favorites include the Umami burger, which is covered with a smoked gouda cheese, a truffled duxelle, a peppery tograshi mayo and crispy bacon smeared with a sun-dried tomato confit, and the kimchi burger for those who love the vinegary tartness of kimchi, topped with the sweet flavor of chili paste aioli.

While the bops and the grilled goods make for great entree fillings, our taste buds exploded when we took our first bite into the decadent kimchi fries. Fries are toasted to crispy perfection, topped with tart kimchi lightly sauteed in sesame oil, and topped with a hearty portion of melted cheese, bacon, scallions and toasted sesame seeds; the perfect marriage of unhealthy and flavorful bites to make for the perfect savory side.

bopNgrill is casual, averages less than $12 a meal and is open daily.

*bopNgrill is located at 6604 N. Sheridan Rd., and 1903 Church St. in Evanston.*

Contact the author of this article or email tips@chicagoist.com with further questions, comments or tips.

By Minna A in Food on January 17, 2012 2:20 PM 0 Comments       Tweet  32       Like  8

- bopngrill
- burgers
- dining
- kimchi
- korean
- restaurant
- review
- rogers park

**We Recommend**

- Google Will Move Motorola Mobility's Headquarters to Chicago
- Lake Shore Drive, I-55, Museums Will Close For NATO Summit
- Inhalable Chocolate And 9 Other Weird Foods We Ate At Sweets And Snacks Expo 2012
- The Beer Bistro Buys Small Bar Fullerton
- DuPage County Rejects Plans For Islamic Center

**From Around the Web**

- Awesome Grilled Cheese Sandwich *(Taste for Adventure)*
- Audi Q5 facelift spied *(Auto Express)*
- Guiltless Gourmet: Grilled Herbed Stuffed Bread *(Eat Better America)*
- Kissing Angelina Jolie Was 'Awkward, Sweaty, And Not Very Nice' *(Zimbio)*
- 10-Year-Old Girl Dies in After-School Fight Over a Boy *(The Stir By CafeMom)*

[what's this]

SHOWING 0 COMMENTS       Sort by oldest first

 Subscribe by email   RSS

Real-time updating is **paused**. (Resume)

ADD NEW COMMENT (**COMMENT POLICY**)       Login

Type your comment here.

# URBANDADDY

ADVERTISEM

Published August 09, 2011

## The Big Bopper
## A Korean Hamburger Stand near Loyola



VITALS
**BopNgrill**
6604 N Sheridan Rd
(between North Shore and
Albion)
Chicago, IL 60626
773-654-3224
official website

BopNgrill Menu

EXTRAS



Evanston: a nice place to go to school. To raise a family. To be John Cusack.

Yet, it's a town with secrets... Korean burger joint secrets.

Now one of those secrets can be told: *BopNgrill*, a dealer of elaborately accented burgers, is breaching the Howard Street perimeter and barreling its way into Rogers Park, setting up a Chicago outpost this week.

First, let's go back about a year. In 2010, the market for Asian-inflected burgers had never been hotter. So a onetime Sunda sous-chef—who honed his ability with Rodelio Aglibot—struck out on his own, bringing a flair with global flavors to 100% Angus burgers in a little Evanston storefront.

Like so many best-kept secrets, this new location is in a strip mall next to a Chipotle. You'll order at the counter—and while you could go the old burger, tomato, lettuce, ketchup route, you didn't come to a strip mall in Rogers Park for that.

Instead, try the *Kimchi Burger*, with spicy Korean chili paste and a fried egg on a brioche bun (also: kimchi). But the *Umami* (topped with Japanese seven-spice aioli, truffled mushrooms, sun-dried tomato confit and gouda) or a *Triple Bypass* (a three-quarter pounder with onion rings, bacon and a fried egg) may also speak to you.

If a good cardiologist doesn't first.

**get on the list**
URBANDADDY

UrbanDaddy is a free daily email devoted to bringing you the single thing you need to know every day about your city. It's free. The opportunity won't be around forever.

Case: 1:12-cv-03724 Document #: 1-4 Filed: 05/15/12 Page 32 of 32 PageID #:49

SUBSCRIBE

FORWARD     INVITE     SAVE     SHARE 

**URBANDADDY**

Only what you need to know.
© 2012 UrbanDaddy. All Rights Reserved.
Photo:
www.stevenjohnsonphotography.com

About Us | Sign Up | My UD | Perks | Contact | Jobs | Advertise | Tips
Email Issues | Privacy Policy | User Agreement | Unsubscribe | Editorial Policy
Atlanta | Boston | Chicago | Dallas | DC | Driven | Jetset | Las Vegas | Los Angeles
| Miami | National | New York | San Francisco | Ski & Board