# Affidavit of Process Server

| 1) Song, Inc., an Il. Corp | vs | Bap & Grill, Inc., an Il. Corp. | 1:12-cv-03724 |
|---|---|---|---|
| Plaintiff/Petitioner | | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I **Michael Mozile**
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Bap & Grill, Inc.**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $ _____ witness fee and mileage

☑ Summons, Complaint for Trademark Infringement, Unfair Competition, Injury To Bus. Reputation, And Violation of the Il. Uniform Deceptive Trade, Practices Act, Exhibit A-D, Certifications Local Rule 3.2 Attorney Appearance Form —

by serving (NAME) **Chen Park - manager**

at ☐ Home
☑ Business **5844 W. Dempster St Morton Grove, IL.**
☑ on (DATE) **May 21, 2012** at (TIME) **6:10 pm**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
From (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service
☑ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely, **Chen Park - Manager**
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address ☐ Evading ☐ Other: _____
☐ Address does not exist ☐ Service cancelled by litigant
☐ Moved, Left no forwarding ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on: ( ) _____ ,( ) _____ ,( ) _____
( ) _____ ,( ) _____ ,( ) _____ ,( ) _____

**Description:**
☑ Male ☐ White Skin ☑ Black Hair ☐ White Hair ☐ 14-20 Yrs. ☐ Under 5' ☐ Under 100 Lbs.
☐ Female ☐ Black Skin ☐ Brown Hair ☐ Balding ☐ 21-35 Yrs. ☐ 5'-5'3" ☐ 100-130 Lbs.
☐ Brown Skin ☐ Blond Hair ☑ 36-50 Yrs. ☐ 5'4"-5'8" ☐ 131-160 Lbs.
☐ Glasses ☑ Yellow Skin ☐ Gray Hair ☐ Mustache ☐ 51-65 Yrs. ☑ 5'9"-6' ☑ 161-200 Lbs.
☐ Red Skin ☐ Red Hair ☐ Beard ☐ Over 65 Yrs. ☐ Over 6' ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: **Asian**

State of Illinois County of Cook

SERVED BY
Subscribed and sworn to before me
A notary public, this **23** day of **May**, 20**12**

LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/17/15

Notary Public

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS